THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> NEW WORLD ENVIRONMENTAL, INC., <br> a California corporation, <br> Defendant. | NO.  C-17-1316-MAT <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Defendant, New World Environmental, Inc., hereby stipulate for entry of Judgment in the above-referenced action.

DATED this  3rd  day of  October , 2017.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorneys for Plaintiff

NEW WORLD ENVIRONMENTAL, INC.

_____
Donald Wadsworth, Owner
Defendant

STIPULATION AND ORDER FOR ENTRY OF
JUDGMENT – C17-1316-MAT
Page 1 of 2
G:\01-01999\411\New World Environmental 216701-216702 5-17-1\Stipulated Judgment.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiff and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 166, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period May 2017 through August 2017:  for contributions of $5,996.56, for liquidated damages of $2,557.54, for interest (through September 29, 2017) of $68.74, for attorneys' fees of $396.20, and for costs of $485.00, all for a total of $9,504.04, together with interest accruing thereupon at the rate of four percent (4%) per annum from September 30, 2017 until fully paid.

JUDGMENT ENTERED this 12 day of October, 2017.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiff

STIPULATION AND ORDER FOR ENTRY OF
JUDGMENT – C17-1316-MAT
Page 2 of 2
G:\01-01999\411\New World Environmental 216701-216702 5-17-\Stipulated Judgment.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925